UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRIS KLEBAUM and KELLY KLEBAUM, husband and wife,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS,<br><br>　　　　Defendant. | NO. CV-06-3003-RHW<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL AND STIPULATION THERETO** |

　　Before the Court is the parties' Joint Motion for Order of Dismissal and Stipulation Thereto (Ct. Rec. 8). The parties asks that the above-captioned case be dismissed without prejudice and without costs.

　　Accordingly, **IT IS HEREBY ORDERED:**

　　1. The parties' Joint Motion for Order of Dismissal and Stipulation Thereto (Ct. Rec. 8) is **GRANTED.**

　　2. The above-captioned case is **dismissed** without prejudice and without costs.

　　**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

　　**DATED** this 24th day of April, 2007.

　　　　　　　　　　　　　　　*s/ Robert H. Whaley*

　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　Chief United States District Judge

Q:\CIVIL\2006\Klebaum\dismiss.ord.wpd

**ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL AND STIPULATION THERETO** ~ 1